UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JESSE ABRIGO; et al.,<br><br>  Plaintiffs - Appellants,<br><br> v.<br><br>KAISER FOUNDATION HOSPITALS, INC.; et al.,<br><br>  Defendants - Appellees. | No. 25-2154<br><br>D.C. No.<br>6:23-cv-01804-AA<br>District of Oregon,<br>Eugene<br><br>ORDER |

This appeal was administratively closed. The appeal is reopened.

Pursuant to the stipulation of the parties (Docket Entry No. 12), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

      FOR THE COURT:


      By: Stephen Liacouras
      Chief Circuit Mediator